IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE UNIVERSITY OF TEXAS M.D. §
ANDERSON CANCER CENTER, BOARD OF §
REGENTS OF THE UNIVERSITY OF §
TEXAS SYSTEM, AND THE UNIVERSITY §
OF HOUSTON §
§
　　　　Plaintiffs, §
§
V. §　　　　　　　　　　1-15-CV-1055  RP
§
OTSUKA PHARMACEUTICAL CO., LTD., §
§
　　　　Defendant. §

## ORDER

Before the Court is the parties' Joint Stipulation to Remand Action to District Court of Travis County, Texas, filed January 6, 2016 (Clerk's Dkt. #18).

Plaintiffs originally filed this action in the 419th Judicial District Court of Travis County, Texas on March 2, 2015.  Defendant removed the action to this Court on November 20, 2015, asserting federal jurisdiction based on diversity of citizenship.  The parties have now filed a joint stipulation stating they have met and conferred, and have concluded this matter should be remanded back to Texas state court.

Accordingly, the Court hereby **GRANTS** the Joint Stipulation to Remand Action to District Court of Travis County, Texas (Clerk's Dkt. #18).

**IT IS THEREFORE ORDERED** that this cause is **REMANDED** to the 419th Judicial District Court of Travis County, Texas.

**IT IS FURTHER ORDERED** that no party shall be required to pay any other party the costs or expenses incurred as a result of the removal, including attorneys' fees, under 28 U.S.C. § 1447(c).

**SIGNED** on January 7, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE